UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SAMANTHA LAND,

    Plaintiff,

CASE NO.:  4:18-CV-00061-TWP-DML

-vs-

GLA COLLECTION COMPANY, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Samantha Land, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been Furnished via email to: William E. Smith, III, KIGHTLINGER & GRAY, LLP, Bonterra Building, Suite 200, 3620 Blackiston Boulevard, New Albany, IN 47150, (wsmith@k-glaw.com). Whitney E. Wood, KIGHTLINGER & GRAY, LLP, Bonterra Building, Suite 200, 3620 Blackiston Boulevard, New Albany, IN 47150, (wwood@k-glaw.com).

Dated:

                                                    */s/ John C. Distasio*
                                                    John C. Distasio, Esquire
                                                    Florida Bar No.: 096328
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 North Franklin Street, 7th Floor

        Tampa, Florida 33602
        Telephone: (813) 223-5505
        Facsimile:  (813) 257-0571
        Primary Email: JDistasio@ForThePeople.com
        Cheyennereed@ForThePeople.com
        *Attorney for Plaintiff*