UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SAMANTHA LAND ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 4:18-cv-00061-TWP-DML |
| ) | |
| GLA COLLECTION COMPANY, INC ) | |
| ) | |
| Defendant ) | |

**STIPULATION OF DISMISSAL**

The Plaintiff, Samantha Land, by counsel, John Distasio, of the law firm of Morgan & Morgan, and the Defendant, GLA Collection Company, Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Samantha Land, and the Defendant, GLA Collection Company, Inc., has been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs. It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Company, Inc.

/s/ John C. Distasio (with permission)
John C. Distasio
Morgan & Morgan, Tampa PA
One Tampa City Center
201 N. Franklin St., 7th Flr.
Tampa, FL  33602
(813) 223-5505
JDistasio@forthepeople.com
*Counsel for Plaintiff*

/s/ William E. Smith, III
William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
wsmith@k-glaw.com
*Counsel for Defendant,*
*GLA Collection Co., Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on August 24, 2018, a copy of the foregoing **"Stipulation of Dismissal"** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Octavio Gomez (PHV)
John C. Distasio (PHV)
Morgan & Morgan, Tampa PA
One Tampa City Center
201 N. Franklin St., 7th Flr
Tampa, FL  33602
P:  813-223-5505
F:  813-223-5402
TGomez@forthepeople.com
JDistasio@forthepeople.com

            /s/ William E. Smith, III
            William E. Smith, III


**KIGHTLINGER & GRAY, LLP**
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:   (812) 949-2300
FAX:   (812) 949-8556
E-MAIL:   wsmith@k-glaw.com