UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SAMANTHA LAND ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO.  4:18-cv-00061-TWP-DML |
| ) | |
| GLA COLLECTION COMPANY, INC ) | |
| ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Samantha Land, and the Defendant, GLA Collection Company, Inc. have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to Defendant, GLA Collection Company, Inc., and said parties to pay their own costs.

Date: 8/27/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

TENDERED BY:

/s/ William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for Defendant
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE: (812) 949-2300
FAX: (812) 949-8556
E-MAIL: wsmith@k-glaw.com


DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

Octavio Gomez
John Distasio
Morgan and Morgan
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone 813-223-5505
tgomez@forthepeople.com
jdistasio@forthepeople.com